UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF

Frank Epstein - #097325

Case No. 14-mc-80218-JD

**ORDER OF SUSPENSION**

Because Frank Epstein has failed to respond to the order to show cause, Mr. Epstein's membership in the bar of this Court is hereby suspended.

**IT IS SO ORDERED**.

Dated: October 3, 2014

_____
JAMES DONATO
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF FRANK EPSTEIN - #097325,<br><br>　　　　　　Plaintiffs,<br><br>　　　v.<br><br>FRANK EPSTEIN,<br><br>　　　　　　Defendant. | Case No.  14-mc-80218-JD<br><br>**CERTIFICATE OF SERVICE** |

　　I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

　　That on 10/6/2014, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Frank Epstein
1519 Tennessee Street
Vallejo, CA 94590


Dated: 10/6/2014


Richard W. Wieking
Clerk, United States District Court


By *Lisa R. Clark*
LISA R. CLARK, Deputy Clerk to the
Honorable JAMES DONATO